# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * *   *
                                    *
BRIDGESPAN HEALTH                   *
COMPANY,                            *
                                    *
            Plaintiff,              *
                                    *   No. 19-1962C
       v.                           *   Filed: June 23, 2020
                                    *
UNITED STATES,                      *
                                    *
            Defendant.              *
                                    *
* * * * * * * * * * * * * * * * *   *
```

**O R D E R**

The court is in receipt of the parties' June 23, 2020 stipulation for the entry of judgment. Pursuant to the parties' joint stipulation for the entry of judgment, containing an agreed amount for judgment, the court enters judgment in favor of the plaintiff in the amount of $15,295,798.99 for Count I of plaintiff's complaint. Count II of plaintiff's complaint is dismissed with prejudice. The Clerk's Office shall enter **JUDGMENT** consistent with this Order.

**IT IS SO ORDERED**.

                                                s/Marian Blank Horn
                                                **MARIAN BLANK HORN**
                                                      **Judge**